```
            0 · *
          2 · 45 +
          4 · 83 +
  002
          7 · 28 * +
```

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 APR -1  AM 11: 53

DISTRICT OF UTAH
MAIL

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | |
|---|---|
| IN RE<br><br>JASON F. WALKER<br>ASHLEY A. WALKER<br><br>Debtor (s) | Case No. 10-24907 RKM<br>Chapter 7<br><br>NOTICE OF PAYMENT OF<br>FUNDS INTO THE REGISTRY |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On March 28, 2011, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained two claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437799537.

3

4. The Trustee hereby notifies the Court of the payment of the following claims to the registry:

|  |  |
|---|---|
| Claim No.: | 1 |
| Claimant: | Seale Marine<br>759 W. Austin St.<br>Giddings, TX 78942 |
| Claim Amount: | $2,599.00 |
| Distribution: | $2.45 |
| Claim No.: | 4 |
| Claimant: | Seawide Marine Distribution<br>41698 Eastman Dr.<br>Murrieta, CA 92562 |
| Claim Amount: | $5,119.90 |
| Distribution: | $4.83 |

5. Checks in the amounts of $2.45 and $4.83 representing the foregoing claims have been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and are enclosed herein.

DATED: 3-29-11

_____
J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 31st day of March, 2011:

SEALE MARINE
759 W. AUSTIN ST.
GIDDINGS, TX 78942

SEAWIDE MARINE DISTRIBUTION
41698 EASTMAN DR.
MURRIETA, CA 92562

*Melanie Valderrama*